# Exhibit 5

| *Notice of Allowability* | Application No. | Applicant(s) | |
|---|---|---|---|
| | 09/896,438 | BENNETT ET AL. | |
| | Examiner | Art Unit | |
| | Jason M. Borlinghaus | 3693 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _10/22/07_.

2. ☐ The allowed claim(s) is/are _20-35_.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*    c) ☐ None    of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
            International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _10/22/07_

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

Application/Control Number: 09/896,438                                    Page 2
Art Unit: 3693

## DETAILED ACTION

### *Preliminary Matters*

The following Allowance supplements the previously mailed Allowance of

08/20/07. The issuance of this supplemental Allowance is solely to confirm that

the Examiner took the opportunity to examine and analyze additional IDS

references submitted by the Applicant on 10/22/07.

After careful consideration, the Examiner finds no evidence contained

within the additional IDS references that the prior issued Allowance of 08/20/07

should not stand. The prior issued Allowance is thereby reaffirmed.


### *Allowable Subject Matter*

**Claims 20 – 35** are allowed.

The following is a statement of reasons for indication of allowable subject

matter.

The prior art fails to teach or suggest the limitations of:

An information portal system that authenticates a user for access at the

information portal system and then said portal authenticates itself to an institution

server to retrieve information on the user's behalf, wherein "the portal-institution

authentication data [is] different from the user-institution authentication data." (as

in independent Claims 20, 26 and 31).

Such limitation is present in all independent claims.

It is well known in the art of information systems for a user to authenticate

himself with an information portal and for said information portal to retrieve

Application/Control Number: 09/896,438 Page 3
Art Unit: 3693

information from a financial institution server on the user's behalf. Traditionally,
the user provides the information portal with the userid and password that the
user would utilize to directly retrieve information from the financial institution, and
the information portal using such authentication data interacts with the financial
institution in the user's stead. Such a conventional system is termed a "stand-in"
system, as the information portal stands in the place of the user to obtain data
from the financial institution.

The instant application distinguishes itself from this common practice as
the userid and password that is utilized for direct user-institution authentication is
different and separate from the userid and password utilized by the information
portal for portal-institution authentication.

With the usage of a dual authentication protocol, security is enhanced.
Under the conventional system should unauthorized personnel infiltrate the
information portal they could conceivably obtain a user's userid and password
from the portal system, allowing them authorized access to user information at a
financial institution. However, the instant application does not require storage of
such information at the information portal, rather the information portal possesses
a separate and distinct userid and password for access to user information at a
financial institution. Usage of a separate and distinct userid and password for
authentication of the information portal allows the financial institution server to
establish separate security protocols for the information portal, such as limiting
the actions that the information portal can take on the user's behalf.

Application/Control Number: 09/896,438                                    Page 4
Art Unit: 3693

Freishtat (US Patent 6,317,783) discloses an information portal system (intermediary website) in which a user (end user) provides the portal system with authentication data (registration information) for use with a financial institution (PI provider). The portal utilizes the user's authentication data to connect to the financial institution to retrieve information on the user's behalf. However, Freishtat does not teach nor suggest the applicant's dual authentication protocol wherein "the portal-institution authentication data [is] different from the user-institution authentication data."

Neither this patent prior art reference, alone nor in combination with other patents, publications nor non-patent literature, disclosed nor teaches the feature(s) of a dual authentication protocol wherein "the portal-institution authentication data [is] different from the user-institution authentication data."

### Conclusion

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Jason M. Borlinghaus whose telephone number is (571) 272-6924.  The examiner can normally be reached on 8:30am-5:00pm  M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, James Kramer can be reached on (571) 272-6783.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 09/896,438                                    Page 5
Art Unit: 3693

Information regarding the status of an application may be obtained from

the Patent Application Information Retrieval (PAIR) system.  Status information

for published applications may be obtained from either Private PAIR or Public

PAIR.  Status information for unpublished applications is available through

Private PAIR only.  For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR

system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-

free). If you would like assistance from a USPTO Customer Service

Representative or access to the automated information system, call 800-786-

9199 (IN USA OR CANADA) or 571-272-1000.

JMB

November 6, 2007

JAMES A. KRAMER
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3600