# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Deezer S.A.,<br><br>　　　　　　Defendant. | Civil Action No. 4:21-cv-00090-ALM<br><br>Jury Trial Demanded |
| R2 Solutions LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Charles Schwab Corp.,<br><br>　　　　　　Defendant. | Civil Action No. 4:21-cv-00122-ALM<br><br>Jury Trial Demanded |
| R2 Solutions LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase & Co.,<br><br>　　　　　　Defendant. | Civil Action No. 4:21-cv-00174-ALM<br><br>Jury Trial Demanded |

## JOINT MOTION TO MODIFY PATENT SCHEDULING ORDER

Plaintiff and all Defendants (the "Parties") jointly file this agreed-upon motion to modify certain deadlines in the Patent Scheduling Order. ECF 22 (-090 Case); ECF 22 (-122 Case); ECF 18 (-174 Case). The parties have conferred regarding flexibility in the current schedule and certain, necessary adjustments to discovery, expert reporting and dispositive motions deadlines. To this end, the parties respectfully request that the Patent Scheduling Order be modified, in pertinent part, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for Initial Mandatory Disclosures | February 10, 2022 | March 10, 2022 |
| Fact discovery deadline | n/a | April 12, 2022 |
| Opening expert reports | March 10, 2022 | April 26, 2022 |
| Rebuttal expert reports | April 14, 2022 | May 24, 2022 |
| Expert discovery deadline | April 21, 2022 | June 7, 2022 |
| Dispositive motions deadline | March 21, 2022 | June 17, 2022 |

The parties believe that these extensions will assist the parties in fulfilling their discovery obligations in advance of expert reporting and will help reduce, or perhaps eliminate, Court involvement in pressing discovery issues. All other deadlines would remain unchanged. A proposed Amended Patent Scheduling Order is included with this Motion as Exhibit A for the Court's consideration and entry.

Dated:  January 14, 2022                                     Respectfully submitted,

By: /s/ Edward R. Nelson III                                 By: /s/ Talbot R. Hansum
Edward R. Nelson III                                         Brett C. Govett
State Bar No. 00797142                                       State Bar No. 08235900
Brent N. Bumgardner                                          Lead Attorney
State Bar No. 00795272                                       Hao J. Wu
Christopher G. Granaghan                                     State Bar No. 24106601
State Bar No. 24078585                                       **Norton Rose Fulbright US LLP**
John P. Murphy                                               2200 Ross Avenue, Suite 3600
State Bar No. 24056024                                       Dallas, TX 75201
Carder W. Brooks                                             Tel: 214.855.8118

State Bar No. 24110604
**Nelson Bumgardner Conroy PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111
ed@nelbum.com
brent@nelbum.com
chris@nelbum.com
john@nelbum.com
carder@nelbum.com

**COUNSEL FOR PLAINTIFF
R2 SOLUTIONS LLC**

By: */s/ Ryan K. Yagura*
Ryan K. Yagura
Tex. Bar No. 24075933
**O'Melveny & Myers LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407
ryagura@omm.com

Laura Bayne Gore
*Pro Hac Vice*
**O'Melveny & Myers LLP**
Times Square Tower, 7 Times Square
New York, NY 10036
Telephone: 212-326-2000
Facsimile: 212-326-2061
lbayne@omm.com

**COUNSEL FOR DEFENDANT
JPMORGAN CHASE & CO.**

Fax: 214.855.8200
brett.govett@nortonrosefulbright.com
hao.wu@nortonrosefulbright.com

Stephanie N. DeBrow
State Bar No. 24074119
Catherine J. Garza
State Bar No. 24073318
Talbot R. Hansum
State Bar No. 24084586
**Norton Rose Fulbright US LLP**
98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701-4255
Tel: 512.474.5201
stephanie.debrow@nortonrosefulbright.com
cat.garza@nortonrosefulbright.com
talbot.hansum@nortonrosefulbright.com

**COUNSEL FOR DEFENDANT
THE CHARLES SCHWAB
CORPORATION**

By: */s/ Michael A. Oblon*
Michael A. Oblon
Lead Attorney
Admitted pro hac vice
Email: moblon@jonesday.com
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (216) 579-0212

Keith B. Davis
Texas State Bar No. 24037895
Email: kbdavis@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 959-5100

**ATTORNEYS FOR DEFENDANT
DEEZER S.A.**

3

## CERTIFICATE OF CONFERENCE

Counsel for the parties met and conferred about the relief sought by this motion on January 11-13, 2022, and the parties jointly request the relief sought.

/s/ Edward R. Nelson III

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 14, 2022, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This motion was served on all counsel by electronic filing.

/s/ Edward R. Nelson III