IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>                Plaintiff,<br><br>v.<br><br>Charles Schwab Corp.,<br><br>                Defendant. | Civil Action No. 4:21-cv-00122-ALM<br><br>Jury Trial Demanded |

**JOINT NOTICE OF RESOLUTION AND MOTION TO STAY**

      Plaintiff R2 Solutions LLC, on the one hand, and Defendant Charles Schwab Corp., on the other hand, notify the Court that they have reached an agreement in principle that resolves the claims in this case.

      In furtherance of their agreement, the parties expect to move to dismiss this case with prejudice in the next thirty (30) days.  Thus, the parties respectfully ask that the Court stay all deadlines herein for thirty (30) days while they memorialize their resolution and move to dismiss.

**Dated:**  March 1, 2022

*s/ Edward R. Nelson III*
Edward R. Nelson III
State Bar No. 00797142
Brent N. Bumgardner
State Bar No. 00795272
Christopher G. Granaghan
State Bar No. 24078585
John P. Murphy
State Bar No. 24056024
Carder W. Brooks
State Bar No.  24105536

Respectfully submitted,

*/s/ Brett C. Govett*
Brett C. Govett
State Bar No. 08235900
Lead Attorney
**Norton Rose Fulbright US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: 214.855.8118
Fax: 214.855.8200
brett.govett@nortonrosefulbright.com

| | |
|---|---|
| **NELSON BUMGARDNER CONROY PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>817.377.9111<br>ed@nelbum.com<br>brent@nelbum.com<br>chris@nelbum.com<br>murphy@nelbum.com<br>carder@nelbum.com<br><br>**COUNSEL FOR PLAINTIFF**<br>**R2 SOLUTIONS LLC** | Stephanie N. DeBrow<br>State Bar No. 24074119<br>Catherine J. Garza<br>State Bar No. 24073318<br>Talbot R. Hansum<br>State Bar No. 24084586<br>**Norton Rose Fulbright US LLP**<br>98 San Jacinto Boulevard<br>Suite 1100<br>Austin, TX 78701-4255<br>Tel: 512.474.5201<br>stephanie.debrow@nortonrosefulbright.com<br>cat.garza@nortonrosefulbright.com<br>talbot.hansum@nortonrosefulbright.com<br><br>**COUNSEL FOR DEFENDANT**<br>**THE CHARLES SCHWAB**<br>**CORPORATION** |

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff conferred with counsel for Defendant and the parties are in agreement as to the relief sought by this joint motion.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on March 1, 2022 via the Court's CM/ECF system.

*/s/ Edward R. Nelson III*
