IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>Plaintiff,<br><br>v.<br><br>Charles Schwab Corp.,<br><br>Defendant. | Civil Action No. 4:21-cv-00122-ALM<br><br>Jury Trial Demanded |

**ORDER**

Plaintiff R2 Solutions LLC and Defendant Charles Schwab Corp. have filed a Joint Notice of Resolution and Motion to Stay (Dkt. #53). Having considered the Motion to Stay, the Court finds that it should be in all respects GRANTED.

It is therefore **ORDERED** that all deadlines in Civil Action No. 4:21-cv-00122-ALM are stayed for thirty (30) days.

**SIGNED this 2nd day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE