IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| R2 SOLUTIONS LLC<br>*Plaintiff*, | § § § | |
| v. | § § | CASE NO.  4:21-cv-00122-ALM |
| CHARLES SCHWAB CORP.<br>*Defendant.* | § § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Wednesday, February 2, 2022, between Plaintiff, R2 Solutions LLC, and Defendant, Charles Schwab Corp.  After additional follow up with the undersigned mediator, the Parties have reached a settlement.

Signed this 3rd day of March 2022.

*/s/  David Folsom*
David Folsom
TXBN: 07210800
JACKSON WALKER, LLP
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone: (903) 255-3250
Facsimile:  (903) 255-3265
E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 3rd day of March 2022.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom